Todd M. Friedman, Esq. (PA 310961)
Cynthia Z. Levin, Esq. (PA 27050)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext 618
Fax: 866 633-0228
clevin@attorneysforconsumer.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA WORCH,** | ) Case No. 11-5414 |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITHOUT** |
| | ) **PREJUDICE** |
| **MONARCH RESOLUTIONS, LLC,** | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of

Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without

prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a

motion for summary judgment. Accordingly, this matter may be dismissed without

prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 3rd day of October, 2011.

By:     s/Todd M. Friedman
        Todd M. Friedman, Esq. (PA 310961)
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiff

1

Filed electronically on this 3rd day of October, 2011, with:

2

3

United States District Court CM/ECF system

4

And hereby served upon all parties

5

Notification sent on this 3rd day of October, 2011, via the ECF system to:

6

7

Honorable Harvey Bartle, III
Judge of the United States District Court

8

Eastern District of Pennsylvania

9

10

By: s/Todd M. Friedman

11

      Todd M. Friedman

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28